## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
_____
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

May 4, 2022

**By ECF & Email**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Sidibeh, et al,
                  Including MOUKHAMEDE FALL
                  20 Cr. 473 (VM)

Dear Judge Marrero:

      I represent Moukhamede Fall, a defendant in the above-referenced matter. This letter is respectfully submitted to request that my associate, Rachel Perillo, be permitted to appear in my place at the telephonic status conference scheduled for May 6, 2022 at 11:00 a.m. The reason for this request is that I am currently engaged in trial before Judge Stein in the matter of *United States v. Christian Pabon*, 18 Cr. 319 (SHS) and am therefore unavailable to attend the conference.

      Ms. Perillo is a 2014 New York Law School graduate and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern District of New York. Mr. Fall consents to my associate appearing for me under these circumstances. If the Court has any questions regarding this matter please do not hesitate to contact me.

Respectfully submitted,

/s/
Jeremy Schneider

---

Defense counsel's request for associate counsel to appear on his behalf at the status conference scheduled for May 6, 2022 in this matter is GRANTED.

**SO ORDERED.**
Dated: May 5, 2022
       New York, NY

Victor Marrero
U.S.D.J.