UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :

UNITED STATES OF AMERICA      :

                                 :      ~~[PROPOSED]~~ ORDER

           - v. -                      :

                                 :      20 CR 473 (VM)

MOUKHAMADE FALL,                :

                                 :

         Defendant.             :

                                 :

                                 :
------------------------------- x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 27, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that a sentencing of the above-named defendant be set for Friday, January 20, 2023 at 12:30 PM.

SO ORDERED:

Dated:     New York, New York
              September 28 , 2022

                                               _____
                                                         Victor Marrero
                                                         U.S.D.J.