**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2023
```

Franklin A. Rothman
Jeremy Schneider                                          Tel: (212) 571-5500
Robert A. Soloway                                         Fax: (212) 571-5507
David Stern
_____
Rachel Perillo

April 26, 2023

**By ECF & Email**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Sidibeh, et al,
                  Including MOUKHAMEDE FALL
                  20 Cr. 473 (VM)

Dear Judge Marrero:

      I represent Moukhamede Fall, a defendant in the above-referenced matter. Mr. Fall is scheduled to be sentenced on May 12, 2023 at 1:30 p.m. I write without objection from the government, by AUSA Andrew Rohrbach, to respectfully request an adjournment of sentencing by at least sixty-days, to a date in July or August 2023, preferably on a Tuesday, Wednesday or Thursday. Pretrial Services has submitted a memorandum requesting Mr. Fall's placement in an inpatient drug treatment program, to which counsel and the government have no objection. It is our understanding that the program, whenever it begins, will be at least one month. We therefore respectfully seek to adjourn sentencing so that Mr. Fall can complete his drug treatment program before he is sentenced.

      If the Court has any questions regarding this application, please do not hesitate to contact me.

**Request GRANTED.** The Court hereby adjourns the sentencing of Moukhamede Fall from May 12, 2023, until Friday, July 14, 2023 at 11:00 AM.

SO ORDERED.
4/27/2023
DATE                    VICTOR MARRERO, U.S.D.J.

Respectfully submitted,
/s/
Jeremy Schneider