ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2023
```

Franklin A. Rothman
Jeremy Schneider                                     Tel: (212) 571-5500
Robert A. Soloway                                    Fax: (212) 571-5507
David Stern
_____
Rachel Perillo

June 22, 2023

**By ECF & Email**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Sidibeh, et al,
             Including MOUKHAMEDE FALL
             <u>20 Cr. 473 (VM)</u>

Dear Judge Marrero:

      I represent Moukhamede Fall, a defendant in the above-referenced matter. Mr. Fall is scheduled to be sentenced on July 14, 2023 at 11:00 a.m. I write without objection from the government, by AUSA Connie Dang, to respectfully request an adjournment of sentencing. The reason for this request is that Mr. Fall recently completed an in-patient drug treatment program and we are still working to obtain his treatment records as well as other medical records and letters that are needed for our sentencing submission. The parties are available on September 21 in the morning, or September 19 at any time (dates which are preferable to counsel), or, in the alternative, September 22 or September 29.

      If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,

/s/
Jeremy Schneider

```
Request GRANTED. The Court hereby adjourns
the sentencing of defendant Moukhamede
Fall from Friday, July 14, 2023 at 11:00
AM to Friday, September 22, 2023 at 1:30
PM.

SO ORDERED.
Dated: 26 June 2023         Victor Marrero
                            U.S.D.J.
```