```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

MOUKHAMEDE FALL,

          Defendant.

20-cr-0473 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing proceeding in this matter is hereby adjourned from December 8, 2023, to February 23, 2024, at 11:00 a.m.

**SO ORDERED.**

Dated:    December 1, 2023
             New York, New York

                                            _____
                                            Victor Marrero
                                            U.S.D.J.