## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

February 20, 2024

**By ECF & Email**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2024
```

Re:   United States v. Sidibeh, et al,
      Including MOUKHAMEDE FALL
      20 Cr. 473 (VM)

Dear Judge Marrero:

I represent Moukhamede Fall, a defendant in the above-referenced matter. Mr. Fall is scheduled to be sentenced this Friday, February 23, 2024 at 11:00 a.m. This letter is respectfully submitted with the consent of the government, by AUSA Connie Dang, to request that the time of sentencing be changed to later in the day, preferably after 4:00 p.m. The reason for this request is that I am currently on trial in a murder case in state court, which will be sitting this Friday, and will therefore be unable to appear for sentencing until later in the afternoon. I am requesting to change the time of the hearing rather than to adjourn because the Court had previously ordered that "no further adjournments would be considered barring extraordinary circumstances." (ECF Dkt. 316).

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

```
Request GRANTED. Sentencing in this
matter shall proceed on February 23,
2024, at 4:00 p.m.

SO ORDERED.
Dated: 21 Feb 2024
                         Victor Marrero
                             U.S.D.J.
```