ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

February 22, 2024

**By ECF & Email**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/24
```

Re:  United States v. Sidibeh, et al,
     Including MOUKHAMEDE FALL
     20 Cr. 473 (VM)

Dear Judge Marrero:

    I represent Moukhamede Fall, a defendant in the above-referenced matter. Mr. Fall is scheduled to be sentenced tomorrow, February 23, 2024 at 4:00 p.m. As the Court is aware, I am currently on trial in a state court matter. I had previously received confirmation from the state court judge that we would be able to end trial early tomorrow and that I would be available to appear for Mr. Fall's sentencing at 4:00 p.m. However, the circumstances have recently changed, as the state court trial will now be continuing through the afternoon, and I am unable to appear before your Honor at 4:00 p.m. For these reasons, it is respectfully requested that Mr. Fall's sentencing be adjourned to April 5, 2024 at 12:00 p.m., a date and time that I understand is convenient for the Court after having conferred with the Court's clerk. The government, by AUSA Connie Dang, has no objection to this request.

    If the Court has any questions regarding this application, please do not hesitate to contact me. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

```
Request GRANTED. Sentencing in this matter is hereby adjourned
to April 5, 2024, at 12 p.m.

SO ORDERED.
Dated: Feb. 23, 2024                                    Victor Marrero
                                                        U.S.D.J.
```