# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

June 25, 2024

**By ECF & Email**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__06/26/2024__
```

> Re:   United States v. Sidibeh, et al,
>        Including MOUKHAMEDE FALL
>        20 Cr. 473 (VM)

Dear Judge Marrero:

I represent Moukhamede Fall, a defendant in the above-referenced matter. This letter is respectfully submitted with the consent of Pretrial Services Officer Dominique Jackson, and the government, by AUSA Connie Dang, to request that Pretrial Services be directed to return Mr. Fall's passport to his possession.

Mr. Fall was sentenced on April 5, 2024 to time served and 41 months of supervised release, with five months of supervised release to be served in a halfway house. He is currently residing in the halfway house and is in the process of applying for employment. Many employers require government issued photo identification as part of the application process, and the return of his passport would therefore greatly assist Mr. Fall in his job search.

If the Court has any questions regarding this application, please do not hesitate to contact me. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

```
Request GRANTED.  Pretrial Services is hereby authorized to
release Defendant's passport.

SO ORDERED.
Dated: 06/26/24
                                    Victor Marrero
                                       U.S.D.J.
```