UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :

                                   :   20-cr-00473(VM)

                                   :

        - against -                :   **ORDER**

                                   :

MOUKHAMEDE FALL,                   :

                                   :

                    Defendant.     :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Jeremy Schneider, the C.J.A.
attorney representing the above-captioned defendant, is
substituted, and the representation of the defendant is
assigned to C.J.A. attorneys John Zach and Peter Skinner of
Boies Schiller Flexner LLP.


**SO ORDERED.**

Dated:   New York, New York
         15 June 2026

                                   _____
                                        Victor Marrero
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2026